UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED

APR 07 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:**   1:21-CV-00911-KES-SOK

**CASE NAME:**   **SAMREEN RIAZ v. NATHAN HENTY ET. AL.**

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.
Dated:   **April 7, 2025**           /s/ **Kirk E. Sherriff**
                                                DISTRICT JUDGE

**DATE EXHIBITS RETURNED:**   April 7, 2025

**Plaintiff's Attorney:** _Kellan Patterson_

**Plaintiff's Attorney Signature:** _[signature]_

**DATE EXHIBITS RETURNED:**   April 7, 2025

**Defense Attorney:** _Caren L. Curtiss_

**Defense Attorney Signature:** _CAREN L. CURTISS_

This document certifies that the above referenced exhibits were returned.

Date:   April 7, 2025                    _[signature]_
                                          Victoria Gonzales
                                          Courtroom Clerk