```
                                              FILED
                                        JUDGMENT ENTERED

                                              April 7, 2025
                                                  Date
                                           by: Victoria Gonzales
                                                Deputy Clerk
                                            U.S. District Court
                                       Eastern District of California
                                            XX    FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAMREEN RIAZ,

      Plaintiff,

                                **JUDGMENT IN A CIVIL ACTION**

vs.

                                1:21-CV-00911-KES-SKO

NATHAN HENRY ET. AL.,

      Defendant.
_____/

      JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      IT IS HEREBY ORDERED AND ADJUDGED that:

    *JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT NATHAN HENRY ET. AL., IN ACCORDANCE WITH THE JURY VERDICT RENDERED 4/07/2025.*

DATED: 4/07/2025

                                                KEITH HOLLAND, Clerk

                                                /S/ Victoria Gonzales
                                By:      Deputy Clerk

jgm.civ
2/18/2025